UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:94-cr-00220-SCB-MAP

RONALD C. WESTENDORF

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Joseph K. Ruddy.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:   */s/ E. Jackson Boggs Jr.*
E. Jackson Boggs Jr.
Assistant United States Attorney
USA No.: 080
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: jackson.boggs@usdoj.gov

U.S. v. WESTENDORF                                  Case No. 8:94-cr-00220-SCB-MAP

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Defense Counsel.

*/s/ E. Jackson Boggs Jr.*
E. Jackson Boggs Jr.
Assistant United States Attorney
USA No.: 080
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: jackson.boggs@usdoj.gov